IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO, G-49875,            )
                                  )
          Petitioner,             )        No. C 10-0468 CRB (PR)
                                  )
     vs.                          )        ORDER
                                  )
VINCE CULLEN, Acting Warden,      )
                                  )
          Respondent.             )
_____ )

     Per order filed on November 24, 2010, the court denied on the merits petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254.  And, pursuant to Rule 11 of the Rules Governing Section 2254 Cases, it also denied a certificate of appealability (COA) under 28 U.S.C. § 2253(c).  On that same date, the clerk entered judgment in favor of respondent.

     Petitioner did not file a notice of appeal in the district court within 30 days.  See Fed. R. App. P. 4(a)(1).  But it appears that he instead submitted a petition for a writ of certiorari from the Supreme Court of the United States, which the high court returned to him explaining that his case must first be reviewed by a United States court of appeals.  Petitioner then submitted a short note to the Ninth Circuit, which the appellate court stamped received on February 15, 2011 and forwarded to this court.

Petitioner's note is construed as a motion for an extension of time to appeal.  But the motion must be denied because it was not filed within 30 days of the expiration of the time to file the notice of appeal.  See Fed. R. App. P. 4(a)(5). Nor can the case be reopened in order to permit petitioner to file a timely notice of appeal because petitioner cannot show that he did not receive notice of the entry of the judgment within 21 days after entry.  See Fed. R. App. 4(a)(6)(C).

SO ORDERED.

DATED: Feb. 24, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Soto, W1.or2.wpd

2